UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH A. KAFKA and TODD KAFKA,

                        Plaintiffs,

-v-

WELLS FARGO SECURITIES, LLC,

                        Defendant.

CIVIL ACTION NO.: 22 Civ. 1034 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' unopposed letter-motion (ECF No. 22 (the "Letter-Motion")) for leave to file a First Amended Complaint ("FAC") is GRANTED, the parties' proposed briefing schedule is ADOPTED, and the Court orders as follows:

1. Plaintiffs shall promptly file the FAC;

2. By **August 15, 2022**, Defendant shall answer, move, or otherwise respond to the FAC;

3. If Defendant moves to dismiss the FAC:

    a. By **October 14, 2022**, Plaintiffs shall file their opposition;

    b. By **December 14, 2022**, Defendant shall file its reply; and

4. Given the Court's decision to grant the Letter-Motion, Defendants' motions to dismiss the Complaint (ECF No. 15) and to strike the class claims in the Complaint (ECF No. 17) are administratively DENIED as moot.

The Clerk of Court is respectfully directed to close ECF Nos. 15, 17, and 22.

Dated:     New York, New York
           June 15, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
United States Magistrate Judge