**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSEPH A. KAFKA and TODD KAFKA.,

                       Plaintiffs,

          -against-                                  22 **CIVIL** 1034 (LTS)

                                                      <u>**JUDGMENT**</u>

WELLS FARGO SECURITIES, LLC.,

                       Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated September 15, 2023, the Court grants the Defendant's motion to dismiss the FAC in its entirety, and denies Defendant's motion to strike class claims as moot. Judgment is entered in favor of the Defendants, and the case is closed.

**Dated:**  New York, New York

        September 18, 2023

                                                **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                      **BY:**

                                            _____

                                                 **Deputy Clerk**